# United States Bankruptcy Court
## Eastern District of Wisconsin

In re **Tamara L Noll**
Debtor(s)

Case No. **10-25685**
Chapter **13**

# MOTION TO CONVERT A CASE UNDER CHAPTER 7 TO A CASE UNDER CHAPTER 13

Pursuant to 11 U.S.C. § 706, the above-named Debtor(s) requests that this court enter an Order converting this case under Chapter 7 to a case under Chapter 13 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below.

1. On **April 13, 2010**, the above-named Debtor(s) filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2. On or about October 23, 2012 Debtor converted this case from under Chapter 13 to Chapter 7.

3. However, the Debtor is not eligible for a discharge pursuant to 727(a)(8) of the Bankruptcy Code.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 7 to Chapter 13 of the Bankruptcy Code.

Date **November 13, 2012**

Signature **/s/ Tamara L Noll**
**Tamara L Noll**
Debtor

Attorney **/s/ Edward W. Harness**
**Edward W. Harness**

**Harness Law Offices, LLC**
**316 North Milwaukee St**
**Suite 403**
**Milwaukee, WI 53202**
**414-647-2222**
**Fax: 414-751-5133**
**edward@freshstartmke.com**