# United States Bankruptcy Court
### Eastern District of Wisconsin

In re  **Tamara L Noll**                                            Case No.  **10-25685**
                                   Debtor(s)                        Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2012, a copy of  **Motion to Convert a Case Under Chapter 7 to a Case Under Chapter 13**   was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.


**VIA REGULAR MAIL**

**Trustee Mary B. Grossman**
**Chapter 13 Trustee**
**PO Box 510920**
**Milwaukee, WI 53203-0161**

_____

**16th St. Community Health Center**
**1stnatlcc**
**Acuity**
**Advance America Cash Advance**
**All Saints Health Care - St. Mary's**
**American Credit Union**
**American Credit Union**
**AmeriCollect - Pick N Save**
**Amo Recoveries**
**Amo Recoveries**
**Anercn C U**
**Bally Total Fitness**
**Bay View Dental**
**Bradford Exchange**
**Brewery Cu**
**Caponeauto**
**Cba Collection Burea**
**City Mesa**
**Collections Usa Inc**
**Credit Control Management**
**Credit Management Control Inc.**
**Credit Protection Assocates - Blockbuste**
**CSM  Community Physicians**
**D.W. Story & Associates, Inc**
**David & Donna Kogut**
**Esurance**
**Fst Premie**
**Geico Direct**
**Get It Now**
**Get It Now**
**Get It Now**
**Get It Now**
**Get It Now**
**Harvard Collection**
**Harvard Collections**
**Healthcare Collectio**
**Hsbc Nv**

| | |
|---|---|
| **Ivaylo Zkivkov Tiley** | |
| **James H DuRocher** | |
| **Kenneth Eise** | |
| **Kenneth Eise** | |
| **Kenneth Eisen & Assoc** | |
| **Kenneth Ogie** | |
| **Kristen Reed** | |
| **Lakeview Apts At Ocoti** | |
| **Landmark** | |
| **Landmark** | |
| **Landmark Credit** | |
| **Merchants Recovery Sol** | |
| **Monco Services** | |
| **Nco Fin/55** | |
| **Nco-Marlin** | |
| **Nco-Medclr** | |
| **North Shore Pathologist** | |
| **NorthStar Loan** | |
| **OAC Radiology** | |
| **Oliver Adjustment Co** | |
| **Omni Credit Services** | |
| **OSI Collections** | |
| **PennCross Associates/Ace Cash** | |
| **Rjm Acq Llc** | |
| **Steven Roeske** | |
| **The Wilber Lane Law Firm** | |
| **TRS Recovery Services** | |
| **Unique National Collec** | |
| **Us Collections West In** | |
| **Wi Electric** | |
| **Wi Electric** | |
| **Wi Electric** | |
| **Wi Electric** | |
| **Wi Electric** | |
| **Your Credit** | |

**/s/ Edward W. Harness**
**Edward W. Harness**
**Harness Law Offices, LLC**
**316 North Milwaukee St**
**Suite 403**
**Milwaukee, WI 53202**
**414-647-2222 Fax:414-751-5133**
**edward@freshstartmke.com**