# United States Bankruptcy Court
## Eastern District of Wisconsin

In re **Tamara L Noll**                                              Case No. **10-25685**
                    Debtor(s)                                        Chapter  **13**

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2012 , a copy of **Notice & Motion to Convert a Case Under Chapter 7 to a Case Under Chapter 13** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**VIA REGULAR MAIL**

**Trustee Mary B. Grossman**
**Chapter 13 Trustee**
**PO Box 510920**
**Milwaukee, WI 53203-0161**

**16th St. Community Health Center**
**1032 S. 16th St.**
**Milwaukee, WI 53204**

**1stnatlcc**
**500 E 60th St N  Attn:Credit Manager**
**Sioux Falls, SD 57104**

**Acuity**
**2800 South Taylor Dr.**
**Sheboygan, WI 53081**

**Advance America Cash Advance**
**8617 S Howell #270**
**Oak Creek, WI 53154**

**All Saints Health Care - St. Mary's**

**American Credit Union**
**3280 S Clement Ave**
**Milwaukee, WI 53207**

**American Credit Union**
**3280 S Clement Ave**
**Milwaukee, WI 53207**

**AmeriCollect - Pick N Save**
**P.O. Box 1566**
**Manitowoc, WI 54221**

**Amo Recoveries**
**401-A Pilot Ct.**
**Waukesha, WI 53188**

**Amo Recoveries**
**401-A Pilot Ct.**
**Waukesha, WI 53188**

**Anercn C U**
**3820 S Clement Av**
**Milwaukee, WI 53207-4033**

**Bally Total Fitness**
**12440 E Imperial Suite 3**

**Norwalk, CA 90650**

**Bay View Dental**
**3380 S. KK Avenue**
**Milwaukee, WI 53207**

**Bradford Exchange**
**P.O. Box 836**
**Morton Grove, IL 60053**

**Brewery Cu**
**1351 Dr. martin Luther King Jr. Dr**
**Milwaukee, WI 53212**

**Caponeauto**
**3901 North Dallas Tollway**
**Plano, TX 75093**

**Cba Collection Burea**
**25954 Eden Landing Road  First Floor**
**Hayward, CA 94545-3816**

**City Mesa**
**55 North Center St**
**Mesa, AZ 85201**

**Collections Usa Inc**
**20813 N 19th Ave Ste 1**
**Phoenix, AZ 85027**

**Credit Control Management**
**P.O. Box 1408**
**Racine, WI 53401**

**Credit Management Control Inc.**
**P.O. Box 1654**
**Green Bay, WI 54305**

**Credit Protection Assocates - Blockbuste**
**P.O. Box 9037**
**Addison, TX 75001**

**CSM  Community Physicians**
**P.O. Box 3077**
**Milwaukee, WI 53201**

**D.W. Story & Associates, Inc**
**P.O. Box 1269**
**Mabank, TX 75147**

**David & Donna Kogut**
**C/O The Wilber Lane Law Firm**
**P.O. Box 2155**
**Bloomington, IL 61702**

**Esurance**
**P.O. Box 2890**
**Rocklin, CA 95677**

**Fst Premie**
**900 Delaware Suite 7  Tape Only**
**Sioux Falls, SD 57104**

**Geico Direct**
**4295 Ocmulgee East Blvd**
**Macon, GA 31295**

**Get It Now**
**5700 Tennyson Park**
**Plano, TX 75024**

**Get It Now**
**5700 Tennyson Park**
**Plano, TX 75024**

**Get It Now**
**5700 Tennyson Park**
**Plano, TX 75024**

**Get It Now**
**5700 Tennyson Park**
**Plano, TX 75024**

**Get It Now**
**5700 Tennyson Park**
**Plano, TX 75024**

**Harvard Collection**
**4839 N Elston Ave**
**Chicago, IL 60630**

**Harvard Collections**
**4839 N Elton**
**Chicago, IL 60630**

**Healthcare Collectio**
**2432 W Peoria Ave Suite 4-1060**
**Phoenix, AZ 85029**

**Hsbc Nv**
**Po Box 19360**
**Portland, OR 97280**

**Ivaylo Zkivkov Tiley**
**15100 W Cleveland Ave #281**
**New Berlin, WI 53151**

**James H DuRocher**
**DuRocher Law Offices**
**827 Main St**
**Racine, WI 53403**

**Kenneth Eise**
**4800 North Central**
**Phoenix, AZ 85012**

**Kenneth Eise**
**4800 North Central**
**Phoenix, AZ 85012**

**Kenneth Eisen & Assoc**
**4800 N Central Ave Ste 1**
**Phoenix, AZ 85012**

**Kenneth Ogie**
**1753 S 83rd St**
**Milwaukee, WI 53214**

**Kristen Reed**
**C/O D.W. Story & Associates, Inc**
**P.O. Box 1269**
**Mabank, TX 75147**

**Lakeview Apts At Ocoti**

**4800 S Alma School Rd**
**Chandler, AZ 85248**

**Landmark**
**2775 S. Moorland Rd.**
**New Berlin, WI 53151-3741**

**Landmark**
**2775 S. Moorland Rd.**
**New Berlin, WI 53151-3741**

**Landmark Credit**
**2775 S. Moreland**
**New Berlin, WI 53151**

**Merchants Recovery Sol**
**301 E Virginia Ave**
**Phoenix, AZ 85004**

**Monco Services**
**P.O. Box 1641**
**Brookfield, WI 53008**

**Nco Fin/55**
**605 W Edison Rd Suite K**
**Mishawaka, IN 46545**

**Nco-Marlin**
**Pob 41448**
**Philadelphia, PA 19101**

**Nco-Medclr**
**Po Box 8547**
**Philadelphia, PA 19101**

**North Shore Pathologist**
**P.O. Box 769**
**Waukesha, WI 53187**

**NorthStar Loan**
**6215 N Teutonia Ave**
**Milwaukee, WI 53225**

**OAC Radiology**
**P.O. Box 371100**
**Milwaukee, WI 53237**

**Oliver Adjustment Co**
**Po Box 371068**
**Milwaukee, WI 53237**

**Omni Credit Services**
**333 Bishops Way Ste 100**
**Brookfield, WI 53005**

**OSI Collections**
**PO Box 959**
**Brookfield, WI 53008-0959**

**PennCross Associates/Ace Cash**
**P.O. Box 1878**
**Southampton, PA 18966**

**Rjm Acq Llc**
**575 Underhill Blvd Ste 2**
**Syosset, NY 11791**

**Steven Roeske**
**9025 S Nicholson Ave**
**Oak Creek, WI 53154**

**The Wilber Lane Law Firm**
**P.O. Box 2155**
**816 ElDorado Rd**
**Ste 7**
**Bloomington, IL 61702**

**TRS Recovery Services**
**PO Box 60022**
**City Of Industry, CA 91716**

**Unique National Collec**
**119 E Maple St**
**Jeffersonville, IN 47130**

**Us Collections West In**
**Po Box 39695**
**Phoenix, AZ 85069**

**Virginia Harmeyer**
**2709 E Elm Rd**
**Oak Creek, WI 53154**

**Wi Electric**
**333 W Everett**
**Milwaukee, WI 53201**

**Wi Electric**
**333 W Everett**
**Milwaukee, WI 53201**

**Wi Electric**
**333 W Everett**
**Milwaukee, WI 53201**

**Wi Electric**
**333 W Everett**
**Milwaukee, WI 53201**

**Wi Electric**
**333 W Everett**
**Milwaukee, WI 53201**

**Your Credit**
**26254 1h West**
**Boerne, TX 78006**

**/s/ Edward W. Harness**
**Edward W. Harness**
**Harness Law Offices, LLC**
**316 North Milwaukee St**
**Suite 403**
**Milwaukee, WI 53202**
**414-647-2222Fax:414-751-5133**
**edward@freshstartmke.com**

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

Case 10-25685-svk    Doc 54    Filed 11/14/12    Page 5 of 5