THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: December 27, 2012



Honorable Susan V. Kelley
United States Bankruptcy Judge

## United States Bankruptcy Court
### Eastern District of Wisconsin

In re **Tamara L Noll**
Debtor(s)

Case No. **10-25685**
Chapter **13**

### ORDER TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13

Based on the debtors motion to convert case from Chapter 7 to Chapter 13, proper Notice given and having no Objection been filed:

IT IS ORDERED THAT:

1. This Chapter 7 case is converted to a case under Chapter 13.

2. The Debtor(s) within 14 days from the date of this Order shall file a Chapter 13 Plan.

# # # #