**NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN**

__**Tamara L Noll**__ _____ (Name of proponent of modification) has filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

> Clerk of Bankruptcy Court
> 517 E. Wisconsin Avenue
> Room 126
> Milwaukee, WI 53202-4581

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

**Edward W. Harness**
**316 North Milwaukee St**
**Suite 403**
**Milwaukee, WI 53202**
**414-647-2222**
**414-751-5133**

You must also mail a copy to:

> **Edward W. Harness**
> **Harness Law Offices, LLC**
> **316 North Milwaukee St**
> **Suite 403**
> **Milwaukee, WI 53202**

If you or your attorney do not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

**REQUEST TO MODIFY CHAPTER 13 PLAN**

1. The Proponent of this modification is:
   - __**X**__ the Debtor;
   - _____ the Chapter 13 Trustee (post-confirmation modifications only);
   - _____ the holder of an unsecured claim (Name: _____) (post-confirmation modifications only).
2. This is a request to modify a Chapter 13 Plan (Select A. or B.):
   - A. __**X**__ post-confirmation;
   - B. _____ pre-confirmation (Select i. or ii.);
     - i. _____ Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (Local Bankruptcy Rule 3015(b)); or
     - ii. _____ Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are: (List creditors)
3. The Proponent wishes to modify the Chapter 13 Plan to do the following: (State generally the purpose of the modification.)
4. The reason(s) for the modification is/are: (State the reasons for the modification.)
5. Select A. or B.

A. __X__ The Chapter 13 Plan confirmed or last modified on __12/10/10__
is modified as follows:

1. **Debtor shall make bi-weekly payments to the trustee of $138.86 via payroll deduction**
2. **Debtor's plan is for 36 months.**
3.
4.
B. _____ The unconfirmed Chapter 13 Plan dated _____ is modified as follows:(State the specific language of the modification.)

All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6  **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

WHEREFORE, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.

Dated January 7, 2013 at __Milwaukee__ , __WI__ .

**Harness Law Offices, LLC**
Attorneys for __Tamara L Noll__

By: __Edward W. Harness__
    Atty. Name
    Bar No. __1030509__

Address
**316 North Milwaukee St
Suite 403
Milwaukee, WI 53202
414-647-2222
414-751-5133
edward@freshstartmke.com**